In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION, Petitioner, for an Order Adjudging WILLIAM T. COLLINS, Respondent, Guilty of a Contempt of Court.

Supreme Court, Special Term, Queens County, August 10, 1938.

*William K. Hyman*, for the petitioner.

*John F. Hicks*, for the respondent.

STODDART, J. Motion granted. To engage in the business of preparing petitions and precepts in dispossess cases as this respondent did was practicing law unlawfully. Accordingly, the respondent is adjudged in contempt, fined the sum of twenty-five dollars, and warned that a repetition of the offense will merit a more severe penalty.